ORIGINAL

FILED
MAR 1 0 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BISCO INDUSTRIES, INC., Plaintiff,

vs. Case No.: 08-147 C

THE UNITED STATES, Defendant.

**COMPLAINT**

COMES NOW the Plaintiff, by counsel, and moves this Honorable Court for judgment against the Defendant on the grounds and in the amount set forth below:

Introduction

1. This is an action for damages brought by a contractor for Defendant's violations of the Contract Disputes Act, 41 U.S.C. §601, *et seq*: ("CDA") and Prompt Payment Act, 31 U.S.C. §3901, *et seq*. ("PPA").

Jurisdiction

2. Jurisdiction of this Court arises under the Tucker Act, 28 U.S.C. §1491(a)(1) and the Contract Disputes Act, 41 U.S.C. §601, *et seq*. ("CDA").

Parties

3. Plaintiff is an Illinois corporation, active and in good standing, authorized to do business in California.

4. Defendant is the United States, Defense Supply Center.

Facts

5. That the parties entered into a contract pursuant to which Plaintiff agreed to provide various material, products and equipment to Defendant, Contract/Order No. SP0430-04-D0214-0002.

6. That Plaintiff did provide the agreed upon material, products and equipment to Defendant.

7. That Plaintiff shipped the material, products and equipment to Defendant on or about January 18, 2005. See copy of Invoice attached hereto and incorporated herein by reference as Exhibit "A."

8. That Defendant did receive the material, products and equipment.

9. That Defendant has repeatedly promised to pay for the material, products and equipment, but has failed to do so.

10. That Defendant, in furtherance of its repeated promises to pay, has requested Plaintiff to re-submit DD Form 250 and other documents on multiple occasions. See copies of DD Form 250, Amendment of Solicitation/Modification of Contract Form and other relevant documents attached hereto and incorporated herein by reference as composite Exhibit "B."

11. That Plaintiff has complied with Defendant's requests and has submitted all requested documents and information, but Defendant has failed to pay the balance as promised, or any part thereof, due and owing to Plaintiff in the amount of Thirty-Eight Thousand Two Hundred Eighty-Four Dollars and 52/100 ($38,284.52).

12. That Plaintiff is appropriately awarded interest on the aforementioned monies pursuant to the CDA, PPA and Federal Acquisition Regulations ("FAR").

WHEREFORE, based upon the above and foregoing, your Plaintiff prays that it be awarded judgment against the Defendant in the amount of Thirty-Eight Thousand Two Hundred Eighty-Four Dollars and 52/100 ($38,284.52) plus interest thereon at the governing rate from February 18, 2005 until paid, it costs expended in this action including reasonable attorney's

fees and all such other and further relief deemed just and reasonable by this Honorable Court.

Respectfully submitted,

BISCO INDUSTRIES, INC.

By: ______________________
Of Counsel

January 30, 2008

P. George Eliades, II, Esq.
(VA State Bar No. 38314)
THE ELIADES LAW FIRM, PLLC
Post Office Box 1007
731 West Broadway
Hopewell, Virginia 23860
(804) 541-1941
(804) 541-2673 (fax)

RECEIVED
MAR 10 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

BISCO INDUSTRIES
1500 N LAKEVIEW AVENUE
ANAHEIM, CA 92807
(714) 876-2450

INVOICE

| | |
|---|---|
| Date | 01/18/05 |
| Invoice | 797526-04 |
| Page # | 1 |

| SOLD TO | SHIP TO |
|---|---|
| DFAS-COLUMBUS CENTER<br>NORTH ENTITLEMENT OPERATIONS<br>P O BOX 182266<br>COLUMBUS, OH<br>43218 | DEFENSE SUPPLY CENTER<br>RICHMOND FACILITY<br>8000 JEFFERSON DAVIS HWY<br>RICHMOND, VA<br>23297-5815 |

| Order Number | Ship Via | Cust. Number | Sls Prs | Purchase Order No. | Ship Date | Terms |
|---|---|---|---|---|---|---|
| 797526-04 | SHIP PT | T20894 | 8T2 | SP0430-04-D-0214 0002<br>LORI.LEBEDEFF | 01/18/05 | NET 30 |

| Line | Part Number | | U/M | Quantity Ordered | Quantity Shipped | Quantity BackOrder | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 01 | 4003 | 730 | E | 9,077 | 3,481 | 0 | 7.16 | 24,923.96 |
| 02 | 4003 | 730 | E | 9,077 | 1,866 | 0 | 7.16 | 13,360.56 |

INVOICE

| | |
|---|---|
| Sales Amt | 38,284.52 |
| Sales Tax | .00 |
| Freight | 14.12 |
| TOTAL | 38,298.64 |

PLAINTIFF'S EXHIBIT A

-23-07 10:49AM FROM- T-073 P.001/001 F-758

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0248), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: 20.*-SP0430-04-D-0214-00
ORDER NO.: 797526-04
6. INVOICE NO./DATE: 2005 JAN 18th 797526-04
7. PAGE 1 OF 1
8. ACCEPTANCE POINT:

2. SHIPMENT NO.: 797526-04
3. DATE SHIPPED: 2005 JAN 18th
4. B/L: TCN
5. DISCOUNT TERMS: Net 30

9. PRIME CONTRACTOR CODE
Bisco Industries
1500 North Lakeview Avenue
Anaheim, CA 92807

10. ADMINISTERED BY CODE

11. SHIPPED FROM (If other than 9) CODE
Bisco Industries
185 New Boston Street.
Woburn, MA 01801

FOB:

12. PAYMENT WILL BE MADE BY CODE

13. SHIPPED TO CODE
Defense Supply Center
Richmond Facility
8000 Jefferson Davis Hwy.
Richmond, VA 23297-5815

14. MARKED FOR CODE

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| Line 01 | 730/4003 Beryllium Oxide Ceramic Insulator | 3481 | EA | $7.16 | $24,923.96 |
| Line 02 | 730/4003 Beryllium Oxide Ceramic Insulator | 1866 | EA | $7.16 | $13,360.56 |
| | | | | Total | $38,298.64 |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000

PLAINTIFF'S EXHIBIT B-1

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF 1 PAGES

2. AMENDMENT/MODIFICATION NO.: P00001

3. EFFECTIVE DATE: See Blk. 16C

4. REQUISITION/PURCHASE REQ. NO.: YP004190001551

5. PROJECT NO. (If applicable)

6. ISSUED BY: CODE SP0400

Defense Supply Center Richmond
ATTN: DSCR-FAJ2
8000 Jefferson Davis Highway
Richmond, Virginia 23297-

INITIATOR: MALISSA RICE
DSCR-FAJ2YT7 804-279-3682, FAX (804)279-6095

7. ADMINISTERED BY (If other than Item 6): CODE S2305A

DCMA DETROIT 586 574-4476
US ARMY TANK AND AUTO COM-TACOM
BLDG 231
WARREN MI 48397-5000

8. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

NISCO INDUSTRIES
14600 FARMINGTON RD 101
LIVONIA MI 48154-5461

CODE 3BA76 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: SP0430-04-D-0214-0002

10B. DATED (SEE ITEM 13): 2004 JUL 29

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended, ☐ is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)
OO: 97X4930 5CBX 01 0C26 S33-150 Payment By: HQ0337

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
unilateral change (other than administrative)

E. IMPORTANT: Contractor [X] is not ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
NSN: 5970-00-258-2313

Modification is issued to obligate funds in the amount of 638,415.72 to allow for manual payment.

Distribution:
S2305A/DCMA DETROIT 586 574-4476
HQ0337/DFAS - COLUMBUS CENTER

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
MALISSA R. RICE
Contracting Officer

15B. CONTRACTOR/OFFEROR

(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED: 4/20/06

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

PERFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

804 279 3978 P.11/17 AUG-17-2006 14:48

JAN-23-07 10:48AM FROM- T-073 P.001/001 F-758

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0248), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: 20*-SP0430-04-D-0214-00
ORDER NO.: 797526-04
6. INVOICE NO./DATE: 2005 JAN 18th 797526-04
7. PAGE 1 OF 1
8. ACCEPTANCE POINT:

2. SHIPMENT NO.: 797526-04
3. DATE SHIPPED: 2005 JAN 18th
4. B/L: TCN
5. DISCOUNT TERMS: Net 30

9. PRIME CONTRACTOR CODE
Bisco Industries
1500 North Lakeview Avenue
Anaheim, CA 92807

10. ADMINISTERED BY CODE

11. SHIPPED FROM (if other than 9) CODE FOB:
Bisco Industries
185 New Boston Street
Woburn, MA 01801

12. PAYMENT WILL BE MADE BY CODE

13. SHIPPED TO CODE
Defense Supply Center
Richmond Facility
8000 Jefferson Davis Hwy.
Richmond, VA 23297-5815

14. MARKED FOR CODE

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| Line 01 | 730/4003 Beryllium Oxide Ceramic Insulator | 3481 | EA | $7.16 | $24,923.96 |
| Line 02 | 730/4003 Beryllium Oxide Ceramic Insulator | 1866 | EA | $7.16 | $13,360.56 |
| | | | | Total | $38,298.64 |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000

PLAINTIFF'S EXHIBIT B-2

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE 1 OF 1 PAGES

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 000201 | SEE BLK 16C | | |

6. ISSUED BY CODE SP0400

DEFENSE SUPPLY CENTER RICHMOND
ATTN: DSCR-FAKB/MALISSA R. RICE
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND, VIRGINIA 23297

7. ADMINISTERED BY *(If other than Item 6)* CODE SP0400

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

BISCO INDUSTRIES
14800 FARMINGTON RD.101
LIVONIA, MI 48154-5461

CODE 3R4F6 FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0430-04-D0214-0002

10B. DATED *(SEE ITEM 13)* 2004 JULY 29

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* UNILATERAL CHANGE(OTHER THAN ADMINISTRATIVE) |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

MODIFICATION IS ISSUED TO CORRECT MODIFICATION 00001 TO READ 0000201. INSPECTION/ACCEPTANCE IS ALSO CHANGED TO DESTINATION IN LIEU ORIGIN.

LINE ITEM 0003 IS ADDED FOR A QUANTITY OF 5347 AT $7.16 EACH WITH THE TOTAL CLIN OF 0003 TO READ $38,284.52. SHIP TO ADDRESS FOR CLIN 0003 SHOULD READ: SPO400, DEFENSE SUPPLY CENTER RICHMOND, 8000 JEFFERSON DAVIS HIGHWAY, RICHMOND, VIRGINIA 23297.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
ANNETTE CUNNINGHAM
CONTRACTING OFFICER

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | BY Annette Cunningham *(Signature of Contracting Officer)* | Feb 1, 2007 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

COMMERCIAL COLLECTION CONSULTANTS

# bisco industries, INC.

International Distributor of Electronic Components & Fasteners Since 1973
1500 N LAKEVIEW AVENUE, ANAHEIM, CA 92807
(714) 693-2901
(714) 876-2406 Fax

To: DFAS-COLUMBUS CENTER, ATTN: BOBBIE
From: Bobbie Ceiley
Subject: INVOICE REPRINT

INVOICE REPRINT

PURCHASE ORDER#: SP0430-04-D-0214 0002 BRANCH: MA BUYER: MS. JOYCE EASTER
TERMS: NET 30 SALESPERSON: 8T2 CUSTOMER#: T20894

shipment # BIS00037

| ITEM | DESCRIPTION | | UNIT | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 01 | 4003 | 730 | E | 3481 | 7.16 | 24923.96 |
| 02 | 4003 | 730 | E | 1866 | 7.16 | 13360.56 |
| X0003 | | 1460 | | 5347 | | |
| | | | | | SUB TOTAL | 38284.52 |
| | | | | | TAX | 0.00 |
| | | | | | FREIGHT | 14.12 |
| | | | | | TOTAL | 38298.64 |

SOLD TO:
DFAS-COLUMBUS CENTER
NORTH ENTITLEME
P O BOX 182266
COLUMBUS, OH 43218

SHIP TO:
DEFENSE SUPPLY CENTE
RICHMOND FACILI
8000 JEFFERSON DAVIS
RICHMOND, VA 23297-5815

DATE: 01/18/05

INVOICE#: 79752604

PLEASE REMIT TO:
1500 N LAKEVIEW AVENUE
ANAHEIM, CA 92807

COMMENTS:
ATTN BOBBIE

IF YOU HAVE ANY QUESTIONS, PLEASE LET ME KNOW. THE TELEPHONE NUMBER IS: (714) 693-2901. THE FAX NUMBER IS: (714) 876-2406 Fax.

REGARDS, BOBBIE CEILEY ACCOUNTS RECEIVABLE DEPARTMENT

PLAINTIFF'S EXHIBIT B-3

804 279 3970 P.03/17 AUG-17-2006 14:46

BISCO INDUSTRIES
1500 N LAKEVIEW AVENUE
ANAHEIM, CA 92807
(714) 876-2450

**INVOICE**

| | |
|---|---|
| Date | 01/18/05 |
| Invoice | 797526-04 |
| Page # | 1 |

| SOLD TO | SHIP TO |
|---|---|
| DFAS-COLUMBUS CENTER<br>NORTH ENTITLEMENT OPERATIONS<br>P O BOX 182266<br>COLUMBUS, OH<br>43218 | DFAS-COLUMBUS CENTER<br>NORTH ENTITLEMENT OPERATIONS<br>P O BOX 182266<br>COLUMBUS, OH<br>43218 |

| Order Number | Ship Via | Cust. Number | Sls Prs | Purchase Order No. | Ship Date | Terms |
|---|---|---|---|---|---|---|
| 797526-04 | SHIP PT | T20894 | 8T2 | SP0430-04-D-0214-0002 | 01/18/05 | NET 30 |
| | | | SHIPMENT# BIS0003Z | | | |

| Line | Part Number | | U/M | Quantity Ordered | Quantity Shipped | Quantity BackOrder | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 01 | 0003 | 1460 | E | 9,077 | 5,347 | 0 | 7.16 | 38,284.52 |

| | |
|---|---|
| Sales Amt | 38,284.52 |
| Sales Tax<br>Freight | .00<br>14.12 |
| **TOTAL** | 38,298.64 |

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0248). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION.**
**SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.**

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: SP0430-04-D-0214-D002
ORDER NO.: 797526-04
6. INVOICE NO./DATE: 797526-04 01/18/05
7. PAGE 1 OF 1
8. ACCEPTANCE POINT:

2. SHIPMENT NO.: BISM0037
3. DATE SHIPPED: 01/18/05
4. B/L
TCN
5. DISCOUNT TERMS: Net 30

9. PRIME CONTRACTOR CODE
Bisco Industries
1500 N. Lakeview Ave.
Anaheim, CA. 92807

10. ADMINISTERED BY CODE

11. SHIPPED FROM (If other than 9) CODE
Bisco Industries
185 New Boston Street
Woburn, MA. 01801

FOB:

12. PAYMENT WILL BE MADE BY CODE

13. SHIPPED TO CODE
Defense Supply Center
Richmond Facility
8000 Jefferson Davis Hwy
Richmond, VA. 23297-5815

14. MARKED FOR CODE

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| Line 01 | 730/4003 0003-1460<br>Beryllium Oxide Ceramic Insulator | 5347 | E | 7.16 | 38,284.52 |

**21. CONTRACT QUALITY ASSURANCE**

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

**22. RECEIVER'S USE**
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

* *If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.*

**23. CONTRACTOR USE ONLY**

**DD FORM 250, AUG 2000** PREVIOUS EDITION IS OBSOLETE.

**Emily Henry**

**From:** Rice, Malissa (DSCR) [Malissa.Rice@dla.mil]
**Sent:** Tuesday, December 04, 2007 1:31 PM
**To:** Emily Henry
**Subject:** FW: SP0430-04-D0214/000

-----Original Message-----
From: HOPKINS, ZELMA CIV DFAS [mailto:ZELMA.HOPKINS@DFAS.MIL]
Sent: Tuesday, December 04, 2007 1:30 PM
To: Rice, Malissa (DSCR); FEIM, LEW CIV DFAS; REYES, RICARDO CIV DFAS
Cc: FERGUSON, GARLAND CIV DFAS
Subject: RE: SP0430-04-D0214/000

Thanks Malissa.

Rick,

Can shipment BIS0003Z be restarted now?

Thanks
Zelma

-----Original Message-----
From: Rice, Malissa (DSCR) [mailto:Malissa.Rice@dla.mil]
Sent: Tuesday, December 04, 2007 1:20 PM
To: HOPKINS, ZELMA CIV DFAS; FEIM, LEW CIV DFAS; REYES, RICARDO CIV DFAS
Cc: FERGUSON, GARLAND CIV DFAS; Rice, Malissa (DSCR)
Subject: RE: SP0430-04-D0214/000

Zelma,

Please have the corrected copy of the invoiced processed for payment as soon as possible.

Thanking you in advance.

From: HOPKINS, ZELMA CIV DFAS [mailto:ZELMA.HOPKINS@DFAS.MIL]
Sent: Wednesday, November 21, 2007 1:38 PM
To: Rice, Malissa (DSCR); FEIM, LEW CIV DFAS; REYES, RICARDO CIV DFAS
Cc: FERGUSON, GARLAND CIV DFAS
Subject: SP0430-04-D0214/000

Malissa,

Here is a copy of shipment 2Z. It need to be corrected to BIS0002.
Circle BIS0002Z and type in BIS0002, add a statement "Corrected Copy".
Sign and date the correction. Return to the addresses above.

Lew / Rick,

Please restart the case for BIS0003Z after the correction has been received.

Thanks
Zelma

-----Original Message-----
From: hopkins@dfas.mil [mailto:hopkins@dfas.mil]
Sent: Wednesday, November 21, 2007 10:54 AM
To: HOPKINS, ZELMA CIV DFAS
Subject: Digital Sender B21F3B

PLAINTIFF'S EXHIBIT B-4

---

open the attached document.
document was sent to you using an HP Digital Sender.

| | |
|---|---|
| Sent by: | <hopkins@dfas.mil> |
| Number of pages: | 2 |
| Document type: | B/W Document |
| Attachment File Format: | Adobe PDF |

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

http://www.adobe.com

For more information on the HP Digital Sender please visit:

http://www.digitalsender.hp.com