IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BISCO INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 1:08-cv-00147-EGB |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff, Bisco Industries, Inc., and, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, gives notice of its voluntary dismissal of this case without prejudice. In support thereof, the Plaintiff shows as follows:

1. The Plaintiff filed this civil action on March 10, 2008, pursuant to the Contract Disputes Act, 41 U.S.C. §601, *et seq*. ("CDA") and Prompt Payment Act, 31 U.S.C. §3901, *et seq*. ("PPA"). Defendant thereafter filed a timely Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

2. In light of recent developments and a private settlement understanding among the parties, the Plaintiff has determined not to pursue this action.

3. The parties shall each bear their own costs and attorney's fees incurred in this action.

WHEREFORE, the Plaintiff voluntarily dismisses this claim without prejudice

pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

BISCO INDUSTRIES, INC.

By: /s/ P. George Eliades, II
Of Counsel

June 6 , 2008

P. George Eliades, II, Esq.
(VA State Bar No. 38314)
THE ELIADES LAW FIRM, PLLC
Post Office Box 1007
731 West Broadway
Hopewell, Virginia 23860
(804) 541-1941
(804) 541-2673 (fax)
george@eliadeslawfirm.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal was provided via U.S. Mail, postage prepaid, and facsimile (before 5:00 p.m.) this 6th day of June, 2008, to Anuj Vohra, A.U.S.A., U.S. Dept. of Justice - Civil Division, 1100 L Street, NW, Washington, D.C. 20530 (202-307-0972).

/s/ P. George Eliades, II
P. George Eliades, II, Esquire