# In the United States Court of Federal Claims

No. 08-147C
(Filed: July 1, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
BISCO INDUSTRIES, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic conference will be held Wednesday, July 16, 2008, 2:00 p.m., to discuss plaintiff's Notice of Voluntary Dismissal. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge