# In the United States Court of Federal Claims

No. 08-147C
(Filed: July 15, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
BISCO INDUSTRIES, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The telephonic conference set for July 16, 2008, has been rescheduled as follows: A telephonic conference will be held Tuesday, July 22, 2008, 10:00 a.m., to discuss plaintiff's Notice of Voluntary Dismissal. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge