# In the United States Court of Federal Claims

No. 08-147C
(Filed: July 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
BISCO INDUSTRIES, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

During the telephonic conference held today, defendant indicated that it did not oppose plaintiff's voluntary dismissal of the case pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims. Accordingly, the matter is dismissed without prejudice. No costs.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge